FILED'08 JAN 08 15:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GINETTA BEAN-TORREY,                          CV 06-1671-MA

       Plaintiff,                             JUDGMENT

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.


Based on the record and the Opinion and order filed

herewith, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is REVERSED and this matter is REMANDED for an

immediate award of benefits to the plaintiff.

DATED this ___8___ day of January, 2008.


_____
Malcolm F. Marsh
United States District Judge


1 - JUDGMENT